# W. A. Aylsworth v. James E. Moore and William J. Moore, Copartners.

1.   APPELLATE COURT PRACTICE—*Insufficient Abstract.*—Where the
abstract shows no exceptions taken, the court will not look into the
record to see if any were taken.

Trover.—Appeal from the Circuit Court of Cook County; the Hon.

FRANK BAKER, Judge, presiding. Heard in this court at the March term, 1895. Affirmed. Opinion filed May 16, 1895.

D. T. DUNCOMBE, attorney for appellant.

D. D. O'BRIEN, attorney for appellees.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The abstract shows a declaration, plea, trial, verdict and judgment in trover, but shows no exception taken to anything. We do not look to the record to see if any exceptions are there. Wabash R. R. v. Smith, 58 Ill. App. 419; Woven Cord Bed Spring Co. v. Coxedge, 50 Ill. App. 335; Richey v. Dunham, 50 Ill. App. 246.

The judgment is affirmed.